UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. S1-4:23CR00722 JAR |
| ) | |
| CANDACE L. KASPER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Noelle C. Collins (ECF No. 116). On September 23, 2024, Defendant filed a motion to dismiss (ECF No. 48) and a motion to suppress (ECF No. 49). On October 4, 2024, the Government filed its responses (ECF Nos. 50 & 51). The Grand Jury returned a superseding indictment on December 4, 2024 (ECF No. 64) and Defendant was granted additional time to refile pretrial motions in light of the superseding indictment. Defendant filed a motion to dismiss (ECF No. 73) and a motion for bill of particulars (ECF No. 74) on January 15, 2025. The Government responded on January 22, 2025 (ECF Nos. 76 & 77). Defendant replied on February 3, 2025 (ECF Nos 79 & 80). Magistrate Judge Collins recommends the Court deny Defendant's motions to dismiss and motion to suppress, and recommends the Court grant in part and deny in part Defendant's motion for bill of particulars.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Noelle C. Collins, who filed a Report and Recommendation on July 30, 2025 (ECF No. 116). Defendant Kasper filed objections to the Report and Recommendation on August 20, 2025 (ECF No. 120), summarily stating that she objects to the conclusions drawn by Magistrate Judge

Collins but fails to provide any countervailing rationale for his position. The Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Kasper's objections are not persuasive.

The Magistrate Judge recommends that the Court deny Defendant's motions to dismiss and motion to suppress and recommends the Court grant in part and deny in part Defendant's motion for bill of particulars. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [116] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss [48] is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress [49] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss [73] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Bill of Particulars [74] is **GRANTED in part and DENIED in part**. Defendant's motion is granted as provided by Fed. Rules Crim. P. 16(a), and the Government shall provide the following material or information, if any exists, as to any person who it calls as a witness at trial in this case including:

1. The prior criminal history of convictions of the witness;

2. Any consideration offered or given to the witness in exchange for his/her testimony and/or cooperation in the investigation of the case; and

3. Any statement of the witness which relates to the subject matter about which he/she is to testify (Jencks Act material).

To the extent that Defendant's motion requests disclosure of such evidence identified above, it is granted, and the Government is directed to supplement its responses if need be. The remainder of the motion is denied.

**IT IS FURTHER ORDERED** that the Court will hold a Status Conference on **September 3, 2025 at 3:00 p.m.** in Courtroom 3 North.

Dated this 22nd day of August, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE